IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARIA VORNIC and<br>JESSE R. BLACKWOOD,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. CV424-073<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to the Voluntary Dismissal Without Prejudice filed by the parties in the above-referenced action,

**IT IS HEREBY ORDERED** that said Dismissal is **APPROVED**, and this civil action is hereby **DISMISSED** without prejudice.

**SO ORDERED** this 15 day of August, 2024.

_____
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

1